UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>         Plaintiff,<br><br>    v.<br><br>OFFICER MALDINADO, et al.,<br><br>         Defendants. | 1:17-cv-00101-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY $400.00 FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Michael Jacobsen ("Plaintiff") is a pretrial detainee proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk's Office shall send Plaintiff the attached form for application to proceed in forma pauperis; and

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **January 24, 2017**              /s/ Barbara A. McAuliffe        
                                        UNITED STATES MAGISTRATE JUDGE

1