UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>          Plaintiff,<br><br>     v.<br><br>MALDINADO,<br><br>          Defendant. | 1:17-cv-00101-BAM (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE SHERIFF OF FRESNO COUNTY JAIL |

Plaintiff Michael Jacobsen ("Plaintiff") is a pretrial detainee proceeding pro se under 42 U.S.C. § 1983. Plaintiff initiated this action on January 23, 2017. (ECF No. 1.) Currently before the Court is Plaintiff's motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915.

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Sheriff of Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

///

Accordingly, the Court HEREBY ORDERS that:

1. Plaintiff's application to proceed in forma pauperis, filed on February 1, 2017 (ECF No. 5), is GRANTED;

**2. The Sheriff of Fresno County Jail or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of Fresno County Jail, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **February 6, 2017**            /s/ *Barbara A. McAuliffe*       
                                          UNITED STATES MAGISTRATE JUDGE