# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MALDINADO, et al.,<br><br>        Defendants. | Case No.  1:17-cv-00101-BAM (PC)<br><br>ORDER GRANTING REQUEST FOR STATUS OF CASE<br><br>(ECF No. 9) |

Plaintiff Michael Jacobsen ("Plaintiff"), an inmate currently detained at the Fresno County Jail, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the Court is Plaintiff's notice of change of address and request for status of case.  (ECF No. 9.)  Plaintiff states that he is now incarcerated and does not know which of his cases have deadlines.  Plaintiff requests that the Court send him any deadlines in his pending actions, as he is in custody and without any legal work.

The Court reminds Plaintiff that a screening order was issued in this action on June 8, 2017, and served by mail on Plaintiff.  (ECF No. 8.)  That order found that Plaintiff stated cognizable claims against Defendants Maldinado, Doe #1, Doe #2, and Doe #3 for excessive force in violation of the Fourteenth Amendment, arising from an assault on September 29, 2016. The order set a deadline of July 11, 2017, for Plaintiff to complete a Notice of Submission of Documents for Officer Maldinado and submit the completed Notice to the Court with one (1)

1

completed summons, one (1) completed USM-285 form, and two (2) copies of the complaint filed on January 23, 2017. The order further set a deadline of September 11, 2017, for Plaintiff to provide the Court with written notice identifying Doe Defendants with enough information to locate the defendants for service of process. In the order, Plaintiff was warned that failure to comply with the order would result in dismissal of this action. (Id.)

Accordingly, Plaintiff's request for status of case (ECF No. 9) is GRANTED, as set forth above.

IT IS SO ORDERED.

Dated: **July 13, 2017**       /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE