# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MALDINADO, et al.,<br><br>　　　　　Defendants. | Case No.  1:17-cv-00101-BAM (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE JULY 14, 2017 ORDER ON PLAINTIFF |

Plaintiff Michael Jacobsen ("Plaintiff") is a former pretrial detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 10, 2017, Plaintiff filed a notice of change of address and request for status of case. (ECF No. 9.) Plaintiff stated that he was incarcerated and did not know which of his cases had deadlines. The Court issued an order granting Plaintiff's request for status of case on July 14, 2017, which was directed by the Clerk of the Court to Plaintiff's address of record at the time, P.O. Box 872, Fresno, California, 93712. (ECF No. 10.)

On July 19, 2017, Plaintiff filed a new change of address in <u>Jacobsen v. People of the State of Cal.</u>, No. 1:14-cv-00108-JLT.[1] (No. 1:14-cv-00108-JLT, Docket No. 122; <u>see</u> ECF No. 11.) Plaintiff updates his mailing address and states that he has been released from jail, but has not received the Court's response to his first request for status. (<u>Id.</u>)

---

[1] The Court takes judicial notice of the files in that case. Fed. R. Evid. 201.

1

1    Accordingly, it is HEREBY ORDERED that the Clerk of the Court is DIRECTED to re-
2 serve the Court's July 14, 2017 Order Granting Request for Status of Case on Plaintiff at his
3 current address of record.

IT IS SO ORDERED.

Dated:   **July 24, 2017**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE