# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>    Plaintiff,<br><br> v.<br><br>MALDINADO,<br><br>    Defendant. | Case No. 1:17-cv-00101-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS OR SHOW CAUSE WHY DEFENDANT MALDINADO SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 8)<br><br>**THIRTY (30) DAY DEADLINE** |

  Plaintiff Michael Jacobsen ("Plaintiff") is a former pretrial detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2017, the Court issued an order authorizing service of Plaintiff's complaint on Defendant Maldinado, and requiring Plaintiff to fill out and return the USM-285 form and summons within thirty days.[1] (ECF No. 8.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (Id. at 5.) Plaintiff's USM-285 form and summons for Defendant Maldinado were due on or before July 11, 2017.

  On July 10, 2017, Plaintiff filed a notice of change of address and a request for status of case. (ECF No. 9.) The Court issued an order granting the request, reminding Plaintiff of his

---

[1] The Court further ordered Plaintiff to provide the Court with written notice identifying Doe Defendants with enough information to locate defendants for service of process. This information is due on or before September 11, 2017. (ECF No. 8.)

1

pending deadlines in this action. (ECF No. 10.) This order was sent to Plaintiff's updated address, but was returned as undeliverable, return to sender, unable to forward. On July 24, 2017, pursuant to a change of address filed by Plaintiff in <u>Jacobsen v. People of the State of California</u>, Case No. 1:14-cv-00108-JLT, the Court issued an order directing the Clerk of the Court to re-serve the order granting Plaintiff's request for status of case to his new address. (ECF No. 12.)

As of the date of this order, Plaintiff has not submitted the USM-285 form, summons, or copies of the complaint. Plaintiff has not complied with the Court's order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit a completed summons and completed USM-285 form for Defendant Maldinado, and two copies of the complaint filed January 23, 2017, or shall show cause in writing why Defendant Maldinado should not be dismissed from this action for failure to prosecute; and

2. **<u>Plaintiff's failure to comply with this order will result in dismissal of Defendant Maldinado from this action</u>.**

IT IS SO ORDERED.

Dated: **August 11, 2017**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2