# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MALDINADO,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00101-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANTS FOR SERVICE OF PROCESS OR SHOW CAUSE WHY DOE DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 8)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Michael Jacobsen ("Plaintiff") is a pretrial detainee proceeding pro se and in forma pauperis in this civil rights action. On June 8, 2017, the Court issued a screening order finding that Plaintiff had stated a cognizable claim against Defendants Maldinado, Doe #1, Doe #2, and Doe #3 and directing Plaintiff to provide the Court with written notice identifying Doe Defendants with enough information to locate defendants for service of process. (ECF No. 8.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (Id. at 5.) Plaintiff's written notice identifying Doe Defendants was due on or before September 11, 2017.

On July 10, 2017, Plaintiff filed a notice of change of address and a request for status of case. (ECF No. 9.) The Court issued an order granting the request, reminding Plaintiff of his

pending deadlines in this action. (ECF No. 10.) This order was sent to Plaintiff's updated address, but was returned as undeliverable, return to sender, unable to forward. On July 24, 2017, pursuant to a change of address filed by Plaintiff in <u>Jacobsen v. People of the State of California</u>, Case No. 1:14-cv-00108-JLT (PC), the Court issued an order directing the Clerk of the Court to re-serve the order granting Plaintiff's request for status of case to his new address. (ECF No. 12.)

On August 24, 2017, Plaintiff's address was updated, again pursuant to a notice of change of address filed in Case No. 1:14-cv-00108-JLT (PC). (ECF No. 14.) In this filing, Plaintiff asserts that although he has updated his address three times with the Court over the past two and a half months, he has not received any of the Court's orders in any of his three pending cases in this district.

As of the date of this order, Plaintiff has not submitted written notice identifying Doe Defendants for service of process or otherwise responded to the Court's June 8, 2017 order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall provide the Court with written notice identifying Doe Defendants with enough information to locate the defendants for service of process, or shall show cause in writing why Doe Defendants should not be dismissed from this action for failure to prosecute; and

2. **<u>Plaintiff's failure to comply with this order will result in dismissal of Doe Defendants from this action.</u>**

IT IS SO ORDERED.

Dated: **September 20, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2