|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>MALDINADO,<br><br>        Defendant. | Case No. 1:17-cv-00101-AWI-BAM (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDERS ON PLAINTIFF |

      Plaintiff Michael Jacobsen ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's notice of change of address, filed December 28, 2017. (ECF No. 30.) That undated document states that Plaintiff is now incarcerated at the Fresno County Jail, and requests re-service of anything mailed out within the last forty-five (45) days. (Id.)

      Plaintiff is reminded that all documents filed with the Court must include a proof of service indicating the date on which the filing was turned over to prison authorities. (ECF No. 2 at 4.) In addition, the Clerk's Office generally will provide copies for Plaintiff at a cost of $0.50 per page. Under the circumstances, the Court will make a one-time exception and will direct the Clerk's Office to provide a copy of the Court's two most recent orders at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff.

1

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is DIRECTED to reserve the Court's November 30, 2017, findings and recommendations, (ECF No. 24) and December 14, 2017 discovery and scheduling order, (ECF No. 27).

IT IS SO ORDERED.

Dated: **January 3, 2018**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE